ROSALIE HATCHER, EXECUTRIX (ESTATE OF CLINTON M. HATCHER) *v.* THE BULLARD COMPANY ET AL.
(3302)

DUPONT, C.P.J., BORDEN and S. FREEDMAN, Js.

Argued May 17—decision released June 18, 1985

*David J. Elliott,* with whom, on the brief, were *Joseph A. Moniz, John A. Danaher III* and *Catherine Glaze,* legal intern, for the appellant (plaintiff).

*Robert J. Cooney,* with whom was *Thomas W. Witherington,* for the appellees (defendants).

PER CURIAM. This case is controlled by *Mingachos* v. *CBS, Inc.,* 196 Conn. 91, 491 A.2d 368 (1985), and *Greene* v. *Metals Selling Corporation,* 3 Conn. App. 40, 484 A.2d 478 (1984).

There is no error.